## LORING WOOD *vs.* SARAH SIMONS.

Under the Gen. Sts. c. 150, § 5, requiring a mechanic claiming a lien to file a statement of his account in the office of the town clerk, within thirty days after he has ceased to work, it is sufficient if within the thirty days he gives the statement to the clerk at the latter's house, and the clerk notes thereon the time it was received, although he does not take it to his office and record it until after the thirty days have expired.

PETITION to enforce a lien for work done on a building of the respondent in Greenfield. The case was submitted to the judgment of the Superior Court, and, on appeal, of this court, on an agreed statement of facts, of which the following is all that is material.

The petitioner ceased to work upon the building on April 22, 1871. On May 22, 1871, at a quarter past nine o'clock in the evening, he delivered a statement of his account in due form, as required by the Gen. Sts. c. 150, § 5, to N. S. Wells, town clerk of Greenfield. If competent to be proved, it was admitted that

this was at the clerk's house, and that the clerk then and there made the following indorsement upon the statement : " Received May 22, 1871, at fifteen minutes past nine o'clock P. M.," retained the statement, carried it on the next day to his office in the court house, where he had a usual public and known place of business, and then and there recorded it, and indorsed on it the following, " and recorded Book 5 of chattel mortgages of the town of Green-field, on page 75, and compared. Attest: N. S. Wells, Town Clerk of Greenfield, Mass." No question was made as to the other proceedings in the case.

If on these facts the petitioner could enforce his lien, judgment for him to be entered in due form ; otherwise, judgment for the respondent.

*C. C. Conant*, for the petitioner.

*G. W. Bartlett*, for the respondent.

WELLS, J. This case is governed by *Fuller* v. *Cunningham*, 105 Mass. 442, unless it is to be distinguished by the fact that there is no express provision of law requiring the clerk to note, upon the creditor's statement of claim, the time of filing, as there is in regard to mortgages of personal property and assignments of wages. Gen. Sts. *c.* 151, § 3. But the provisions of the Gen. Sts. *c.* 150, § 5, requiring the creditor to file his claim in the office of the town clerk, or giving him the right to do so, impose upon the clerk an official authority and duty to make that filing effectual. His indorsement of a memorandum of the time of receiving and filing the paper is an act in the course of his official duty. When made at the time, and certified by him, if not conclusive in all respects, we think it cannot be impeached by evidence merely that it was made and the paper received by the clerk at his house instead of his office.

*Judgment for the petitioner.*